# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**CHRISTOPHER SALTZBURG,**
Appellant,

v.

**JULIE RONAN,**
Appellee.

No. 4D17-3052

[June 28, 2018]

Appeal and cross-appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward A. Garrison, Judge; L.T. Case No. 50-2016-CA-014240-XXXX-MB.

Steven Ellison of Broad and Cassel LLP, West Palm Beach, and Beverly A. Pohl and Barbara Viota-Sawisch of Broad and Cassel LLP, Fort Lauderdale, for appellant/cross-appellee.

John A. Turner and Andrea Cox of Saul Ewing Arnstein & Lehr, LLP, West Palm Beach, for appellee/cross-appellant.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, KLINGENSMITH and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***